# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>TP-LINK TECHNOLOGY CO., LTD.,<br><br>    Defendant. | Civil Action No. 6:20-cv-1018-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATED DISMISSAL OF CASE WITH PREJUDICE

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("WSOU") and Defendant TP-Link Technologies Co., Ltd. hereby jointly stipulate, under Rule 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of Case No. 6:20-cv-01018-ADA. Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: September 2, 2022 Respectfully submitted,

By: */s/ Raymond W. Mort, III*
    Raymond W. Mort, III
    Texas Bar No. 00791308
    raymort@austinlaw.com
    The Mort Law Firm, PLLC
    501 Congress Avenue, Suite 150
    Austin, TX 78701
    Tel/Fax: (512) 677-6825

    Adam G. Price
    Texas Bar No. 24027750
    aprice@dinovoprice.com
    Christopher V. Goodpastor
    Texas Bar No. 00791991
    cgoodpastor@dinovoprice.com
    Gregory S. Donahue
    Texas Bar No. 24012539
    gdonahue@dinovoprice.com
    DiNovo Price LLP
    7000 N. MoPac Expressway, Suite 350
    Austin, TX 78731
    Telephone: (512) 539-2626
    Facsimile: (512) 539-2627

*Attorneys for Plaintiff,*
***WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT***

By: */s/ John T. Johnson*
    David M. Hoffman
    Texas Bar No. 24046084
    hoffman@fr.com
    Fish & Richardson P.C.
    111 Congress Avenue, Suite 810
    Austin, TX 78701
    Telephone: (512) 472-5070
    Facsimile: (512) 320-8935

    John T Johnson
    jjohnson@fr.com
    Michael Autuoro (admitted *pro hac vice*)
    autuoro@fr.com
    Jeffrey C. Mok (admitted *pro hac vice*)
    jmok@fr.com
    Fish & Richardson P.C.
    7 Times Square, 20th Floor
    New York, NY 10036
    Telephone: (212) 765-5070
    Facsimile: (212) 258-2291

    633 West 5th Street, 26th Floor
    Los Angeles, CA 90071

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on September 2, 2022, and was served via CM/ECF on all counsel of record.

/s/ *John T. Johnson*
John T. Johnson